UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-07143-SPG-PD | Date | November 18, 2026 |
| Title | Audra Karim v. LA Live Theater LLC et al | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS MATTER SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On October 27, 2026, the Court notified the parties that the hearing on Defendants' Motion to Dismiss, (ECF No. 14), would take place on November 18, 2026, at 1:30 p.m., (ECF No. 24). The Court granted Plaintiff's previous request for leave to attend the hearing remotely. (ECF Nos. 20, 24.) Although counsel for Defendants appeared for the November 18th hearing, Plaintiff did not appear, did not contact the Court beforehand regarding any difficulty in appearing, and has not filed with the Court any explanation for her absence. The Court therefore issues an ORDER to Show Cause (OSC) why this case should not be dismissed for Plaintiff's failure to prosecute the case. Plaintiff is ORDERED to file her response to the OSC no later than November 25, 2026. Failure to file a response shall be deemed as Plaintiff's consent to the dismissal of this case.

________ : ________

Initials of Preparer pg